IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Thomas McLaughlin,<br><br>         Plaintiff,<br><br>vs.<br><br>Bureau of Medical Economics,<br><br>         Defendant. | No.  CV-16-00672-PHX-SPL<br><br>**ORDER** |

No stipulation to dismiss having been filed, in accordance with the Court's May 6, 2016 Order (Doc. 18),

**IT IS ORDERED** that this action is **dismissed with prejudice**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall **terminate** this action.

Dated this 7th day of June, 2016.

Honorable Steven P. Logan
United States District Judge